**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **YARELIS ORTIZ VIANA** <br><br> **xxx–xx–4974** <br><br><br> Debtor(s) | Case No. **15–00612 ESL** <br><br> Chapter **13** <br><br><br> FILED & ENTERED ON 8/22/16 |

*ORDER*

The motion filed by Debtor requesting to withdraw the motion for post confirmation modification of plan and the motion for reconsideration (docket #41) is hereby granted . The hearing scheduled for 8/24/2016 at 2:00 P.M. is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, August 22, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge